

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00102-CV

## EX PARTE N.C.

**From the 12th District Court**
**Walker County, Texas**
**Trial Court No. 26744**

## O R D E R

N.C., a prison inmate, appealed the trial court's order denying his petition for expunction. His brief is due March 20, 2017. On January 25, 2017, N.C. filed a "Motion for an Order of a State Amicus Curiae Investigation Prior to Allowing the Appellant to Invoke the Court Magistrate(s) Penal Authority," complaining in part about his inability to access his legal materials to prepare his brief. The Court requests a response from the State in this appeal. *See* TEX. R. APP. P. 10.1(b). Any response shall be filed with the Clerk of this Court no later than 14 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Response requested
Order issued and filed February 15, 2017

